ZARA CONTRACTING Co., INC., Respondent, *v.* EAST COAST LUMBER TERMINAL, INC., Appellant.

Submitted March 2, 1948; decided March 18, 1948.

*Myron Wisoff* for appellant.

*Melvin J. Espach* and *Carl A. Espach* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.